IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMY MARCHEL,

                Plaintiff,                          JUDGMENT IN A CIVIL CASE

    v.

                                          Case No. 15-cv-252-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

Amy Marchel remanding this case for further proceedings under sentence four of Section

205 of the Social Security Act, 42 U.S.C. § 405(g).

s/ V. Olmo, Deputy Clerk                         2/10/2016

Peter Oppeneer, Clerk of Court                   Date