IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AMY MARCHEL,                                              ORDER

      Plaintiff,                                        15-cv-252-bbc

  v.

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dana Duncan, counsel for plaintiff Amy Marchel, has moved for authorization of attorney fees and costs for his representation of plaintiff. Counsel is seeking $10,432.15 in fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, does not oppose the motion. Accordingly, I will grant it.

After counsel for the parties verify that plaintiff owes no pre-existing debt subject to offset, defendant shall pay $10,432.15 in fees and costs to counsel in accordance with the assignment signed by plaintiff and her counsel.

1

ORDER

IT IS ORDERED that plaintiff Amy Marchel's motion for attorney fees and costs in the amount of $10,432.15, dkt. #40 is GRANTED.

Entered this 2d day of November, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge